UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

     Plaintiff,

                                    Criminal No. 4:22-mj-30002

v.

                                    Originating No. 21-cr-00070-DLH

Jiavidae Watson,

     Defendant.

---

**GOVERNMENT'S PETITION FOR TRANSFER OF
DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF**

---

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant Jiavidae Watson to answer to charges pending in another federal district, and states:

1. On November 30, 2021, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrants issued in the Western District of North Dakota.  Defendant is charged in that district with a violation of Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances.

2.  Rule 5 requires this Court to determine whether defendant is the person

    named in the arrest warrant and is entitled to a preliminary examination as

    described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer

proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney


s/TIMOTHY TURKELSON
Timothy Turkelson
Assistant United States Attorney
600 Church Street, Suite 200
Flint, MI  48502
Timothy.Turkelson@usdoj.gov
(810) 766-5177


Dated:  January 4, 2022